UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER LOS ANGELES AGENCY ON DEAFNESS, INC., DANIEL JACOB, EDWARD KELLY and JENNIFER OLSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 11-03458<br><br>Date:   October 20, 2011<br>Time:   11:00 a.m.<br><br>Assigned to the Hon. Laurel Beeler<br>Courtroom 4<br><br>[PROPOSED] ORDER RE CONTINUANCE OF HEARING ON MOTION TO STRIKE<br><br>Action Filed:   June 15, 2011<br><br>Action Removed:   July 14, 2011 |

The Court having reviewed the parties' stipulated request for continuance of the hearing on Cable News Network, Inc.'s Special Motion To Strike Plaintiffs' Complaint ("Motion"), and for an order granting a briefing schedule on the Motion To Strike as set forth in their Stipulation, and having found that good cause exists, the parties' request is GRANTED.

Plaintiffs' opposition papers shall be filed and served no later than **Thursday, November 3, 2011**. Defendant's reply papers shall be filed and served no later than **Thursday, November 17, 2011**. Hearing on Defendant's Motion shall be on **December 1, 2011 at 11:00 a.m.**

IT IS SO ORDERED.

Dated: October 5, 2011

By: _____
HONORABLE LAUREL BEELER
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1

*GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. v. TIME WARNER, INC.*
Case No. C 11-03458
STIPULATION & [PROPOSED] ORDER SEEKING CONTINUANCE

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644