THOMAS R. BURKE (CA State Bar No. 141930)
E-mail: thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

JANET L. GRUMER (State Bar No. 232723)
E-mail: janetgrumer@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

RONALD LONDON (Admitted *Pro Hac Vice*)
  ronaldlondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue N.W., Suite 800
Washington DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendant CABLE NEWS
NETWORK, INC. (incorrectly sued as
Time Warner, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER LOS ANGELES AGENCY ON DEAFNESS, INC., DANIEL JACOB, EDWARD KELLY and JENNIFER OLSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TIME WARNER, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 4:11-cv-03458-LB <br><br> **JOINT STIPULATION SUBSTITUTING CABLE NEWS NETWORK, INC. AS DEFENDANT IN PLACE OF TIME WARNER INC.** <br><br> Assigned to the Hon. Laurel Beeler Courtroom 4 <br><br> Action Filed: June 15, 2011 <br><br> Action Removed: July 14, 2011 <br><br> [[Proposed] Order Filed Concurrently] |

## STIPULATION

This stipulation is entered into by and between defendant and real party in interest Cable News Network, Inc. ("CNN"), which contends that it was incorrectly sued as Time Warner, Inc. ("Defendant") and plaintiffs Greater Los Angeles Agency On Deafness, Inc., Daniel Jacob, Edward Kelly, and Jennifer Olson (together, "Plaintiffs"), by and through their attorneys of record, with reference to the following facts:

WHEREAS, the Complaint in this action was filed on June 15, 2011;

WHEREAS, the Complaint identifies the defendant as Time Warner, Inc. and asserts that it seeks to end alleged legal violations stemming from Defendant's alleged refusal to caption its online news videos at CNN.com;

WHEREAS, in its Answer, Defendant admits Cable News Network, Inc., which is owned by Turner Broadcasting System, Inc., a subsidiary of Time Warner Inc., operates the CNN.com website;

WHEREAS, CNN contends that it, and not Time Warner Inc., is the real party in interest in this action;

WHEREAS, the Parties wish to correctly state the proper Defendant in this action;

WHEREAS, Plaintiffs are amenable to stipulating, on the basis of representations by Cable News Network, Inc., that Cable News Network, Inc. and not Time Warner Inc. is the properly stated Defendant, so long as the stipulation is without prejudice to the ability to amend the pleadings at a later date to add Time Warner Inc. as an additional defendant, should facts come to light supporting the need for such an amendment.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The Clerk of Court is directed to change the name of the Defendant in this action as it appears in the docket to the Cable News Network, Inc.

2. Defendant Cable News Network, Inc. shall be substituted instead of and in place of Time Warner Inc. for all purposes as Defendant in this action;

3. Time Warner Inc. is not hereafter a party to this action, unless and until at a later date the Court orders the Complaint amended to include it as such; and

1

GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. v. TIME WARNER, INC.
CASE NO. CV 11-03458-LB – JOINT STIPULATION SUBSTITUTING
CABLE NEWS NETWORK, INC. AS DEFENDANT
DWT 18540345v1 0026517-000132

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94111-3611
(415) 276-6500
FAX: (415) 276-6599

4. The Answer previously filed by Cable News Network, Inc. shall constitute the required responsive pleading to the Complaint for Cable News Network, Inc., and no additional responsive pleading shall be required unless and until at a later date the Court orders the Complaint be amended to add Time Warner Inc. as a party to the action.

DATED: November ___, 2011

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
JANET L. GRUMER

By:_____
            Thomas R. Burke

Attorneys for Defendant
CABLE NEWS NETWORK, INC. (incorrectly
sued as TIME WARNER, INC.)

DATED: November 14, 2011

DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS
ANNA LEVINE
ELIZABETH LEONARD

By:_____
            LAURENCE W. PARADIS

Attorneys for Plaintiffs
GREATER LOS ANGELES AGENCY ON
DEAFNESS, INC., DANIEL JACOB,
EDWARD KELLY and JENNIFER OLSON

2

GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. v. TIME WARNER, INC.
CASE NO. CV 11-03458-LB – JOINT STIPULATION SUBSTITUTING
CABLE NEWS NETWORK, INC. AS DEFENDANT
DWT 18540348v1 0026517-000132

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94111-3611
(415) 276-6500
FAX: (415) 276-6599

4.  The Answer previously filed by Cable News Network, Inc. shall constitute the required responsive pleading to the Complaint for Cable News Network, Inc., and no additional responsive pleading shall be required unless and until at a later date the Court orders the Complaint be amended to add Time Warner Inc. as a party to the action.

DATED:  November 17, 2011

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
JANET L. GRUMER

By:_____/s/Thomas R. Burke_____
        Thomas R. Burke

Attorneys for Defendant
CABLE NEWS NETWORK, INC. (incorrectly sued as TIME WARNER, INC.)

DATED:  November ___, 2011

DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS
ANNA LEVINE
ELIZABETH LEONARD

By:_____
        LAURENCE W. PARADIS

Attorneys for Plaintiffs
GREATER LOS ANGELES AGENCY ON DEAFNESS, INC., DANIEL JACOB, EDWARD KELLY and JENNIFER OLSON

GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. v. TIME WARNER, INC.
CASE NO. CV 11-03458-LB – JOINT STIPULATION SUBSTITUTING
CABLE NEWS NETWORK, INC. AS DEFENDANT
DWT 18540348v1 0026517-000132

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA  94111-3611
(415) 276-6500
FAX: (415) 276-6599