
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREATER LOS ANGELES AGENCY ON DEAFNESS, INC., DANIEL JACOB, EDWARD KELLY and JENNIFER OLSON, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

TIME WARNER, INC., a Delaware Corporation,

Defendant.

Case No. **CV 11-03458-LB**

**~~[PROPOSED]~~ ORDER DISMISSING ALL CLAIMS**

**ORDER**

Having considered the joint stipulation filed by Plaintiffs Greater Los Angeles Agency on Deafness, Inc., Daniel Jacob, Edward Kelly, and Jennifer Olson and defendant Cable News Network, Inc., (erroneously sued as Time Warner Inc.), the Court hereby dismisses all claims asserted against Cable News Network, Inc. by the individual Plaintiffs in this action with prejudice and all class claims and allegations without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 18 ____, 2014

By:______________________
United States Magistrate Judge
Laurel Beeler